UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KARCZEWSKI,<br><br>         Plaintiff,<br><br>v.<br><br>CONANT AUTO RETAIL, SAN DIEGO INC., a California Limited Liability Company,<br><br>         Defendant. | Case No.: 3:14-cv-02615-JAH-JLB<br><br>**ORDER SPREADING THE MANDATE OF THE NINTH CIRCUIT [Doc. No. 20]** |

On August 1, 2017, the Court received the United States Court of Appeals for the Ninth Circuit's mandate and memorandum vacating this Court's order granting Defendant's motion to dismiss with prejudice. The Ninth Circuit remanded this action for further proceedings in light of Karczewski v. DCH Mission Valley, LLC, No. 15-55633. Specifically, the Ninth Circuit held that Plaintiff has alleged facts sufficient to state a claim under 42 U.S.C. § 12182(b)(2)(A)(ii).

Accordingly, IT IS HEREBY ORDERED:

1. The mandate issued by the Ninth Circuit on July 10, 2017 is spread;

2. The Clerk of Court is directed to reopen this matter for further proceedings as directed by the Ninth Circuit.

3. Based on the Ninth Circuit's determination that Plaintiff's allegations are sufficient to warrant an answer, Defendant must file an answer on or before **December 29, 2017**.

DATED: December 8, 2017

_____
JOHN A. HOUSTON
United States District Judge